893 F.2d 1330
 Jefferson (Ronald), Howard (Sylvester)
v.
State of New Jersey, Dept. of Corrections, Tard (Elijah),
Fauver (William), Adams (John, Capt.), Rhym (Joseph, Capt.),
Dobson (Steven, Lt.), Lewis (Donald, Sgt.), Jasinskas
(Alphonsus, Off.), Mitchel (Charles, Off.), Robinson
(Gregory, Off.), Smith (John, Off.), Corbezzolo (Steven,
Off.), Fattori (Michael, Off.), Foussadier (James, Off.),
Tinson (Emory, Off.), Officers John Doe I through X
 NO. 88-5953
 United States Court of Appeals,
Third Circuit.
 DEC 05, 1989
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.